**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 30, 2024

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**APPLICATION GRANTED**

*Judith C. McCarthy*
Hon. Judith C. McCarthy    5-31-2024

Re: *United States v. Tameka Babulal*
23 Mag 1982 (UA)

Dear Judge McCarthy:

    I represent Tameka Babulal in the above referenced case. I am writing to ask for a one-week extension for Ms. Babulal to meet the bond requirements relating to her pretrial release. As background, Ms. Babulal was released on May 23, 2024 with the understanding that she would have two financially responsible individuals sign an unsecured $50,000 bond. Over the past few days, three individuals have been screened by the U.S. Attorney's Office and my understanding from speaking with AUSA Reyhan Watson is that two of those individuals have been approved as "financially responsible." Despite this approval, additional time is necessary to allow for these two individuals to sign the bond. I have spoken with AUSA Reyhan Watson and he does not object to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/

Benjamin Gold
Assistant Federal Defender

cc:    Reyhan Anthony Watson